UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY S. SMITH, | No. C 12-5106 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PATRICK RENWORTH,<br>Assistant Public Defender of<br>Santa Clara County; et al., | |
| Defendants. | |

    This action is dismissed without prejudice to plaintiff filing a new civil rights action if his criminal conviction or sentence is ever set aside.

    IT IS SO ORDERED AND ADJUDGED.

Dated: February 11, 2013          _____
                                                                          SUSAN ILLSTON
                                                  United States District Judge