**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  TRACY S. SMITH,                              No. C 12-5106 SI (pr)
9          Plaintiff,                           **JUDGMENT**
10         v.
11 PATRICK RENWORTH,
   Assistant Public Defender of
12 Santa Clara County; et al.,
13         Defendants.
14                                       /
15
16     This action is dismissed without prejudice to plaintiff filing a new civil rights action if
17 his criminal conviction or sentence is ever set aside.
18
19     IT IS SO ORDERED AND ADJUDGED.
20
21 Dated: February 11, 2013                            _____
22                                                    SUSAN ILLSTON
                                                     United States District Judge
23
24
25
26
27
28