**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY S. SMITH, | No. C 12-5106 SI (pr) |
| Plaintiff, | **ORDER DENYING REQUEST FOR RECONSIDERATION** |
| v. | |
| PATRICK RENWORTH, Assistant Public Defender of Santa Clara County; et al., | |
| Defendants. | |

Plaintiff's request for reconsideration of the February 11, 2013 order of dismissal is DENIED. (Docket # 12.)

IT IS SO ORDERED.

Dated: June 5, 2014

_____
SUSAN ILLSTON
United States District Judge